IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN GALLACHER,<br><br>                Plaintiff,<br><br>v.<br><br>IDEASTAGE PROMOTIONS LLC,<br><br>                Defendant. | Case No. 2:21-cv-01661-DSC |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Jordan Gallacher, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Ideastage Promotions, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

/s/ Nicholas A. Colella
Nicholas A. Colella
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (Facsimile)
NickC@lcllp.com

R. Bruce Carlson
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
724-730-1753

*Attorney for Plaintiff*