**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JORDAN GALLACHER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IDEASTAGE PROMOTIONS LLC,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-01661-DSC |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Jordan Gallacher hereby voluntarily dismisses with prejudice his claims against Defendant Ideastage Promotions, LLC.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Nicholas A. Colella*
　　　　　　　　　　　　　　　　　Nicholas A. Colella
　　　　　　　　　　　　　　　　　**LYNCH CARPENTER LLP**
　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　(412) 322-9243
　　　　　　　　　　　　　　　　　(412) 231-0246 (Facsimile)
　　　　　　　　　　　　　　　　　NickC@lcllp.com

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*