### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN GALLACHER,<br><br>                      Plaintiff,<br><br>v.<br><br>IDEASTAGE PROMOTIONS LLC,<br><br>                      Defendant. | Case No. 2:21-cv-01661-DSC |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Jordan Gallacher hereby voluntarily dismisses with prejudice his claims against Defendant Ideastage Promotions, LLC.

                                          Respectfully submitted,

                                          */s/ Nicholas A. Colella*
                                          Nicholas A. Colella
                                          **LYNCH CARPENTER LLP**
                                          1133 Penn Avenue, 5th Floor
                                          Pittsburgh, PA 15222
                                          (412) 322-9243
                                          (412) 231-0246 (Facsimile)
                                          NickC@lcllp.com

                                          *Counsel for Plaintiff*

Date: April 6, 2022                                   SO ORDERED:
                                                                 s/David S. Cercone
                                                                 Sr. U.S. District Judge